435 A.2d 914

Commonwealth v. Lanier, Appellant.

Submitted June 11, 1980. Mary Bell Hammerman, for appellant; Robert M. Lipschutz, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment of sentence affirmed.

435 A.2d 914

Commonwealth v. Marcrillo a/k/a Marcello, Appellant.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted September 11, 1980. Frank J. Marcone, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.